AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

James B. Heron v. Collection Center, Inc., a Wyoming corporation, d/b/a Collection Center of Wyoming.

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff: James B. Heron

I certify that I am admitted to practice in this court.

8/3/06
Date

_Signature_

David J. Philipps  06196285
Print Name  Bar Number

9760 South Roberts Road, Suite One
Address

Palos Hills  Illinois  60465
City  State  Zip Code

(708) 974-2900  (708) 974-2907
Phone Number  Fax Number