## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| James B. Heron, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2:06-CV-02147-MPM-DGB |
| | ) | |
| v. | ) | |
| | ) | |
| CollectionCenter, Inc., a Wyoming corporation, | ) | |
| d/b/a CollectionCenter Wyoming, | ) | |
| | ) | |
| Defendant. | ) | |

### ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

    I hereby enter my appearance as counsel in this case for:

**CollectionCenter, Inc. d/b/a CollectionCenter Wyoming**

    I certify that I am admitted to practice in this court.

Date:  August 23, 2006

    Respectfully submitted,

    By:  s/ David M. Schultz
    David M. Schultz
    HINSHAW & CULBERTSON LLP
    222 North LaSalle Street, Suite 300
    Chicago, IL 60601
    312-704-3000
    312-704-3001 (f)
    dschultz@hinshawlaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| James B. Heron,             )  | |
|                             )  | |
| Plaintiff,                  )  | Case No. 2:06-CV-02147-MPM-DGB |
|                             )  | |
| v.                          )  | |
|                             )  | |
| CollectionCenter, Inc., a Wyoming corporation, ) | |
| d/b/a CollectionCenter Wyoming,  )  | |
|                             )  | |
| Defendant.                  )  | |

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 23, 2006, I electronically filed Entry of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

    David J. Philipps
    Gomolinski & Philipps
    9760 S. Robert Road
    Suite One
    Palos Hills, IL 60457
    (708) 974-2900

    Respectfully submitted,
    CollectionCenter, Inc., d/b/a CollectionCenter Wyoming,

    By:  ---_____/s/ David M. Schultz
    David M. Schultz
    HINSHAW & CULBERTSON LLP
    222 North LaSalle Street, Suite 300
    Chicago, IL 60601
    312-704-3000
    312-701-3001 (f)
    dschultz@hinshawlaw.com

6091797v1 NEWFILE