AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

James B. Heron,
    Plaintiff,

V.

Collection Center, Inc., a Wyoming
corporation, d/b/a Collection
Center of Wyoming,
    Defendant,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 06-2147

TO: (Name and address of Defendant)

    Collection Center, Inc.,
      d/b/a Collection Center of Wyoming
    C/O Gerald K. Russell, as registered agent
    406 6th Street
    Rawlins, Wyoming 82301

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David J. Philipps
Gomolinski & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois  60465
(708) 974-2900

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_John M. Waters_ (signature)
CLERK

_S. Johnson_ (signature)
(By) DEPUTY CLERK

DATE: August 4, 2006

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Central District of Illinois

Case Number: 06-2147

Plaintiff:
**James B. Heron**
vs.
Defendant:
**Collection Center, Inc., d/b/a Collection Center of Wyoming**

For: David Philipps
   Gomolinski & Philipps LTD

Received by EXPRESS PROCESS SERVICE, INC. on the 10th day of August, 2006 at 12:18 pm to be served on **COLLECTION CENTER, INC. d/b/a COLLECTION CENTER OF WYOMING, c/o Gerald K. Russell, Registered Agent, 406 6th Street, Rawlins, Wyoming, 82301.** I, _Deputy Troy D. Vorn_, being duly sworn, depose and say that on the _25th_ day of _August_, 20_06_ at _10:40 AM_., executed service by delivering a true copy of the **Summons and Complaint** in accordance with state statutes in the manner marked below:

(X) PUBLIC AGENCY: By serving _Gerald K. Russell_ as _Registered Agent_ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

( ) CORPORATE SERVICE: By serving _____ as _____.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

Age _60_ Sex (M) F Race _cauc_ Height _6'_ Weight _220_ Hair _Gray_ Glasses Y (N)

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the _25th_ day of _August_, _2006_ by the affiant who is personally known to me.

_Becky M. George_
NOTARY PUBLIC

BECKY M. GEORGE
NOTARY PUBLIC - WYOMING
CARBON COUNTY
My Commission Expires Oct. 12, 2009

_Troy DV_
PROCESS SERVER # _____
Appointed in accordance
 with State Statutes

**EXPRESS PROCESS SERVICE, INC.**
1201 N. Post Road
Suite 5
Indianapolis, IN 46219-4225
(317) 890-1055
Our Job Serial Number: 2006005300

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5q