E-FILED
Tuesday, 12 September, 2006  03:59:13 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | |
|---|---|
| JAMES B. HERON,  )  | |
| Plaintiff,  ) | |
| v.  ) | |
| )  | Case No. 06-2147 |
| COLLECTION CENTER, INC.,  ) | |
| a Wyoming corporation doing business as  ) | |
| CollectionCenter Wyoming,  ) | |
| Defendant.  ) | |

## ORDER FOLLOWING REPORT OF SETTLEMENT

This case has been reported settled by the parties.

**IT IS, THEREFORE, ORDERED as follows:**

1. The oral motion by the parties that the Court issue a 35-day Order is **GRANTED**.

2. The parties are hereby directed to file with the court, within thirty-five (35) days of the date of this order, a stipulation of dismissal signed by both parties. Stipulation of dismissal is due by *October 16, 2006.*

3. All time tables and scheduled hearings are VACATED until further order.[1]

ENTER this 11th day of September, 2006.

                                                s/ DAVID G. BERNTHAL
                                                U.S. MAGISTRATE JUDGE

---

[1] Including the Rule 16 hearing scheduled for 10/4/06 @ 1:30 p.m.