N THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| James B. Heron, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  2:06-CV-2147-MPM-DGB |
| ) | |
| CollectionCenter, Inc., a Wyoming ) | |
| corporation, d/b/a, CollectionCenter ) | |
| Wyoming, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

The parties, having reached a settlement of Plaintiff's claim against Defendant, hereby stipulate to the dismissal of this lawsuit with prejudice.

Dated: October 13, 2006

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps  (Ill. Bar No. 06196285)
Mary E. Philipps
Bonnie C. Dragotto
Gomolinski & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465

One of Defendant's Attorneys

/s/ David M. Schultz_____
David M. Schultz (Ill. Bar No. 06197596)
Hinshaw & Culberston, LLP
222 N. LaSalle Street
Suite 300
Chicago, Illinois 60601

The foregoing stipulation is hereby approved and this action is dismissed with prejudice.

Dated: _____

_____
Judge David G. Bernthal,
United States District Court

**CERTIFICATE OF SERVICE**

   I hereby certify that on October 13, 2006 a copy of the foregoing **Stipulation of Dismissal** was filed electronically**.**  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

David M. Schultz      dschultz@hinshawlaw.com
Hinshaw & Culbertson, LLP
222 N. LaSalle Street
Suite 300
Chicago, Illinois 60601

/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Gomolinski & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com